## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAWAAN PARHAM, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 16-6148 |
| | : | |
| WARDEN GERALD MAY, | : | |
| *Defendant*. | : | |

## <u>ORDER</u>

**AND NOW**, this 28th day of March, 2019, upon consideration of the individual Motions to Dismiss for Failure to State a Claim filed by Defendants Warden Gerald May, Officer Roseberry, and Officer Velazquez (collectively, the "Defendants"), and any responses thereto (ECF Nos. 29, 32, 36), it is hereby **ORDERED** that said Motions are **GRANTED** in accordance with this Court's accompanying Memorandum.

It is further **ORDERED** that on or before **April 12, 2019**, Plaintiff shall file a Third Amended Complaint. In the event Plaintiff elects not to do so, the Second Amended Complaint shall be dismissed with prejudice as to all Defendants.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.