IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAWAAN PARHAM | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GERALD MAY *et al.*, | : | |
| *Defendants* | : | No. 16-6148 |

## ORDER

AND NOW, this 15th day of August, 2023, upon consideration of Defendants Warden Gerald May and Correctional Officers Joshua Velazquez and Steven Roseberry's Motion for Summary Judgment (Doc. No. 58), Plaintiff Kawaan Parham's Opposition to Defendants' Motion for Summary Judgment (Doc. No. 59), and following oral argument on the motion, it is hereby **ORDERED** as follows:

1. Defendants Warden May and Officers Velazquez and Roseberry's Motion for Summary Judgment (Doc. No. 58) is **GRANTED** for the reasons set forth in the accompanying memorandum.

2. Defendant John/Jane Doe(s) 1-5 are **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the accompanying memorandum.

3. The Clerk of Court is directed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge